March 8, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

NOXXE OIL AND GAS, LLC, Appellant

NO. 14-11-01082-CV                    V.

MUNSCH HARDT KOPF & HARR, PC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 4, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by NOXXE OIL AND GAS, LLC.

We further order this decision certified below for observance.